Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Shah*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJESH SHAH, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>INVESTMENT TECHNOLOGY GROUP, INC., ROBERT C. GASSER, and STEVEN R. VIGLIOTTI,<br><br>        Defendants. | Case No:<br><br>**CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Rajesh Shah ("Plaintiff"), by Plaintiff's undersigned attorneys, individually and on behalf of all other persons similarly situated, alleges the following based upon personal knowledge as to Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of Defendants' public documents, conference calls and announcements made by Defendants, United States Securities and Exchange Commission ("SEC") filings, wire and press releases published by and regarding Investment Technology Group,

- 1 -

Inc. ("ITG" or the "Company"), and information readily obtainable on the Internet. Plaintiff believes that substantial evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

## NATURE OF THE ACTION

1.     This is a federal securities class action brought on behalf of a class consisting of all persons and entities, other than Defendants (defined below) and their affiliates, who purchased or otherwise acquired the securities of ITG from February 28, 2011 to July 29, 2015, inclusive (the "Class Period"), seeking to recover compensable damages caused by Defendants' violations of federal securities laws (the "Class").

2.     ITG is an independent execution and research broker in the United States, Canada, Europe, and the Asia Pacific regions. One of its principal subsidiaries, AlterNet Securities, Inc. ("AlterNet"), is a U.S. broker-dealer registered with the SEC, FINRA, NASDAQ, EDGA, EDGX and 14 states.

3.     Throughout the Class Period, Defendants made false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, prospects and performance. Specifically, during the Class Period, Defendants made false and/or misleading statements and/or failed to disclose that: (1) AlterNet operated a proprietary trading operation in 2010 through mid-2011 inside of ITG's POSIT dark pool, a private stock trading platform, against some of its broker clients; (2) the proprietary trading operation used information from customer stock orders within ITG's dark pool, as well as information from ITG clients that used the firm's algorithms to execute trades on other trading platforms, which should not have been available; and (3) as a result of the foregoing, the Company's public statements were materially false and misleading at all relevant times.

4.     On August 4, 2015, the Company issued a press release, announcing, among other things, that it is setting aside $20.3 million for a probable settlement with the SEC to resolve allegations that the Company failed to disclose crossing

Class Action Complaint for Violation of the Federal Securities Laws

against sell-side clients in POSIT and violations of ITG policy and procedures by a former employee.

5.     On this news, the Company's shares fell $5.46 per share or over 23% from its previous closing price to close at $18.36 per share on July 30, 2015, damaging investors.

6.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

7.     The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. § 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder (17 C.F.R. § 8 240.10b-5).

8.     This Court has jurisdiction over the subject matter of this action pursuant to § 27 of the Exchange Act (15 U.S.C. § 78aa) and 28 U.S.C. § 1331.

9.     Venue is proper in this District pursuant to §27 of the Exchange Act, 15 U.S.C. §78aa and 28 U.S.C. §1391(b), as Defendants conducts business in this District, has an office in this District, and a significant portion of the Defendants' actions and the subsequent damages, took place within this District.

10.     In connection with the acts, conduct and other wrongs alleged in this Complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mail, interstate telephone communications and the facilities of the national securities exchange.

## PARTIES

11.     Plaintiff Rajesh Shah, as set forth in the attached Certification, acquired ITG securities at artificially inflated prices during the Class Period and was damaged upon the revelation of the alleged corrective disclosures.

Class Action Complaint for Violation of the Federal Securities Laws

12.     Defendant ITG is a broker-dealer and dark pool operator. ITG is headquartered in New York, New York and maintains an office in Los Angeles, California. It common stock trades on the NYSE under the ticker symbol "ITG."

13.     Defendant Robert C. Gasser ("Gasser") has served as the Company's Chief Executive Officer ("CEO"), President and Director since October 2006 and was replaced as CEO on August 3, 2015.

14.     Defendant Steven R. Vigliotti ("Vigliotti") served as the Company's Chief Financial Officer ("CFO") throughout the entire Class Period.

15.     The defendants referenced above in ¶¶ 13 – 14 are sometimes referred to herein as the "Individual Defendants."

16.     Defendant ITG and the Individual Defendants are referred to herein, collectively, as the "Defendants."

## SUBSTANTIVE ALLEGATIONS
### Background

17.     ITG is an independent execution and research broker. Its business is organized into four reportable operating segments: U.S. Operations; Canadian Operations; European Operations; and Asia Pacific Operations. These four operating segments offer a wide range of solutions for asset managers and broker-dealers in the areas of: electronic brokerage; research, sales and trading; platforms and analytics.

18.     ITG electronic brokerage services include self-directed trading by clients using algorithms, smart routing and matching in cash equities through POSIT (including single stocks and portfolio lists), futures and options.

### Materially False And Misleading Statements Issued During the Class Period

19.     The Class Period starts on February 28, 2011, when the Company filed a Form 10-K for the fiscal year ended December 31, 2010 (the "2010 10-K") with the SEC, which provided the Company's year end financial results and position and stated the following with regards to the effectiveness of its disclosure controls and procedures:

Class Action Complaint for Violation of the Federal Securities Laws

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. Based on this evaluation, ***our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this annual report.***

(Emphasis added).

20.    The 2010 10-K was signed by the Individual Defendants and contained signed certifications pursuant to the Sarbanes-Oxley Act of 2002 ("SOX") by the Individual Defendants attesting to the accuracy of the 2010 10-K.

21.    On February 28, 2012, the Company filed a Form 10-K for the fiscal year ended December 31, 2011 (the "2011 10-K") with the SEC, which provided the Company's year end financial results and position and stated the following with regards to the effectiveness of its disclosure controls and procedures:

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. ***Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this annual report.***

(Emphasis added).

Class Action Complaint for Violation of the Federal Securities Laws

22.   The 2011 10-K was signed by the Individual Defendants and contained signed SOX certifications by the Individual Defendants attesting to the accuracy of the 2011 10-K.

23.   On March 6, 2013, the Company filed a Form 10-K for the fiscal year ended December 31, 2012 (the "2012 10-K") with the SEC, which provided the Company's year end financial results and position and stated the following with regards to the effectiveness of its disclosure controls and procedures:

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. ***Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this annual report.***

(Emphasis added).

24.   The 2012 10-K was signed by the Individual Defendants and contained signed SOX certifications by the Individual Defendants attesting to the accuracy of the 2012 10-K.

25.   On March 17, 2014, the Company filed a Form 10-K for the fiscal year ended December 31, 2013 (the "2013 10-K") with the SEC, which provided the Company's year end financial results and position and stated the following with regards to the effectiveness of its disclosure controls and procedures:

Class Action Complaint for Violation of the Federal Securities Laws

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. ***Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this annual report.***

(Emphasis added).

26.     The 2013 10-K was signed by the Individual Defendants and contained signed SOX certifications by the Individual Defendants attesting to the accuracy of the 2013 10-K.

27.     On March 13, 2015, the Company filed a Form 10-K for the fiscal year ended December 31, 2014 (the "2014 10-K") with the SEC, which provided the Company's year end financial results and position and stated the following with regards to the effectiveness of its disclosure controls and procedures:

**Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures**

Under the supervision and with the participation of our management, including our principal executive officer and principal financial officer, we conducted an evaluation of our disclosure controls and procedures, as such term is defined under Rule 13a-15(e) promulgated under the Exchange Act. ***Based on this evaluation, our principal executive officer and our principal financial officer concluded that our disclosure controls and procedures were effective as of the end of the period covered by this annual report.***

(Emphasis added).

Class Action Complaint for Violation of the Federal Securities Laws

28.     The 2014 10-K was signed by the Individual Defendants and contained signed SOX certifications by the Individual Defendants attesting to the accuracy of the 2014 10-K.

29.     The statements referenced in ¶¶ 19-28 above were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations, and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (1) AlterNet operated a proprietary trading operation in 2010 through mid-2011 inside of ITG's POSIT dark pool, a private stock trading platform, against some of its broker clients; (2) the proprietary trading operation used information from customer stock orders within ITG's dark pool, as well as information from ITG clients that used the firm's algorithms to execute trades on other trading platforms, which should not have been available; and (3) as a result of the foregoing, the Company's public statements were materially false and misleading at all relevant times.

### The Truth Emerges

30.     On July 29, 2015, the Company issued a press release announcing that it is in settlement discussions with the SEC relating to SEC's investigation into the proprietary trading operation within AlterNet for sixteen months beginning in 2010 through mid-2011. The press release states  in relevant part:

**Probable SEC Settlement**

During the second quarter of 2015, ITG commenced settlement discussions with the Staff of the Division of Enforcement of the SEC (the "SEC Enforcement Division") in connection with the SEC's investigation into a proprietary trading pilot operated within ITG's AlterNet Securities, Inc. ("AlterNet") subsidiary for sixteen months in 2010 through mid-2011. The investigation is focused on customer disclosures, Form ATS regulatory filings and customer information controls relating to the pilot's trading activity, which included (a)

Class Action Complaint for Violation of the Federal Securities Laws

crossing against sell-side clients in POSIT and (b) violations of ITG policy and procedures by a former employee. These violations principally involved information breaches for a period of several months in 2010 regarding sell-side parent orders flowing into ITG's algorithms and executions by all customers in non-POSIT markets that were not otherwise available to ITG clients. ITG has negotiated a potential settlement with the Staff of the SEC Enforcement Division. Based on the terms of the potential settlement, ITG would pay an aggregate amount of $20.3 million representing a civil penalty of $18 million, disgorgement of approximately $2.1 million in trading revenues and prejudgment interest of approximately $250,000. As a result, ITG reserved $20.3 million for a probable settlement with the SEC and incurred $2.3 million in legal and other related costs associated with this matter during the second quarter of 2015.

Final resolution of this matter is subject to preparation and negotiation of documentation satisfactory to all the parties, including approval by ITG's Board of Directors and authorization by the SEC. ITG can provide no assurances that a satisfactory final agreement will be reached and that authorization by the SEC will be obtained or with respect to the timing or definitive terms of any such agreement or approvals.

Until this matter is fully resolved, ITG expects to continue to incur costs, primarily professional fees and expenses, which may be significant.

The discussion above includes guidance on adjusted net income and related per share amounts, which are non-GAAP financial measures that are described in the attached table along with a reconciliation of these non-GAAP financial measures to GAAP results.

31.     On this news, the Company's shares fell $5.46 per share or over 23% from its previous closing price to close at $18.36 per share on July 30, 2015, damaging investors.

32.     As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities Plaintiff and other Class members have suffered significant losses and damages.

Class Action Complaint for Violation of the Federal Securities Laws

**PLAINTIFF'S CLASS ACTION ALLEGATIONS**

33. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a Class, consisting of all those who purchased or otherwise acquired ITG securities during the Class Period (the "Class"); and were damaged upon the revelation of the alleged corrective disclosure. Excluded from the Class are Defendants herein, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

34. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, ITG securities were actively traded on the NYSE. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Record owners and other members of the Class may be identified from records maintained by ITG or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

35. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

36. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

37. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

Class Action Complaint for Violation of the Federal Securities Laws

- whether the federal securities laws were violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business, operations and management of ITG;

- whether the Individual Defendants caused ITG to issue false and misleading financial statements during the Class Period;

- whether Defendants acted knowingly or recklessly in issuing false and misleading financial statements;

- whether the prices of ITG securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and

- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

38.     A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to redress individually the wrongs done to them. There will be no difficulty in the management of this action as a class action.

39.     Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- Defendants made public misrepresentations or failed to disclose material facts during the Class Period;

- the omissions and misrepresentations were material;

- ITG securities are traded in an efficient market;

- the Company's shares were liquid and traded with moderate to heavy volume during the Class Period;

Class Action Complaint for Violation of the Federal Securities Laws

- the Company traded on the NYSE and was covered by multiple analysts;
- the misrepresentations and omissions alleged would tend to induce a reasonable investor to misjudge the value of the Company's securities; and
- Plaintiff and members of the Class purchased, acquired and/or sold ITG securities between the time the Defendants failed to disclose or misrepresented material facts and the time the true facts were disclosed, without knowledge of the omitted or misrepresented facts.

40.    Based upon the foregoing, Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

41.    Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128, 92 S. Ct. 2430 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information, as detailed above.

## COUNT I

### Violations of Section 10(b) of The Exchange Act and Rule 10b-5
### Against All Defendants

42.    Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

43.    This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

44.    During the Class Period, Defendants engaged in a plan, scheme, conspiracy and course of conduct, pursuant to which they knowingly or recklessly engaged in acts, transactions, practices and courses of business which operated as a fraud and deceit upon Plaintiff and the other members of the Class; made various untrue statements of material facts and omitted to state material facts necessary in

Class Action Complaint for Violation of the Federal Securities Laws

order to make the statements made, in light of the circumstances under which they were made, not misleading; and employed devices, schemes and artifices to defraud in connection with the purchase and sale of securities. Such scheme was intended to, and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflate and maintain the market price of ITG securities; and (iii) cause Plaintiff and other members of the Class to purchase or otherwise acquire ITG securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, Defendants, and each of them, took the actions set forth herein.

45.    Pursuant to the above plan, scheme, conspiracy and course of conduct, each of the Defendants participated directly or indirectly in the preparation and/or issuance of the annual reports, SEC filings, press releases and other statements and documents described above, including statements made to securities analysts and the media that were designed to influence the market for ITG securities. Such reports, filings, releases and statements were materially false and misleading in that they failed to disclose material adverse information and misrepresented the truth about ITG's disclosure controls and procedures.

46.    By virtue of their positions at ITG, Defendants had actual knowledge of the materially false and misleading statements and material omissions alleged herein and intended thereby to deceive Plaintiff and the other members of the Class, or, in the alternative, Defendants acted with reckless disregard for the truth in that they failed or refused to ascertain and disclose such facts as would reveal the materially false and misleading nature of the statements made, although such facts were readily available to Defendants. Said acts and omissions of Defendants were committed willfully or with reckless disregard for the truth. In addition, each defendant knew or recklessly disregarded that material facts were being misrepresented or omitted as described above.

Class Action Complaint for Violation of the Federal Securities Laws

47.     Defendants were personally motivated to make false statements and omit material information necessary to make the statements not misleading in order to personally benefit from the sale of ITG securities from their personal portfolios.

48.     Information showing that Defendants acted knowingly or with reckless disregard for the truth is peculiarly within Defendants' knowledge and control. As the senior managers and/or directors of ITG, the Individual Defendants had knowledge of the details of ITG's internal affairs.

49.     The Individual Defendants are liable both directly and indirectly for the wrongs complained of herein. Because of their positions of control and authority, the Individual Defendants were able to and did, directly or indirectly, control the content of the statements of ITG. As officers and/or directors of a publicly-held company, the Individual Defendants had a duty to disseminate timely, accurate, and truthful information with respect to ITG's businesses, operations, future financial condition and future prospects. As a result of the dissemination of the aforementioned false and misleading reports, releases and public statements, the market price of ITG securities was artificially inflated throughout the Class Period. In ignorance of the adverse facts concerning ITG's business and financial condition which were concealed by Defendants, Plaintiff and the other members of the Class purchased or otherwise acquired ITG securities at artificially inflated prices and relied upon the price of the securities, the integrity of the market for the securities and/or upon statements disseminated by Defendants, and were damaged thereby.

50.     During the Class Period, ITG securities were traded on an active and efficient market. Plaintiff and the other members of the Class, relying on the materially false and misleading statements described herein, which the Defendants made, issued or caused to be disseminated, or relying upon the integrity of the market, purchased or otherwise acquired shares of ITG securities at prices artificially inflated by Defendants' wrongful conduct. Had Plaintiff and the other members of the Class known the truth, they would not have purchased or otherwise acquired said

Class Action Complaint for Violation of the Federal Securities Laws

securities, or would not have purchased or otherwise acquired them at the inflated prices that were paid. At the time of the purchases and/or acquisitions by Plaintiff and the Class, the true value of ITG securities was substantially lower than the prices paid by Plaintiff and the other members of the Class. The market price of ITG securities declined sharply upon public disclosure of the facts alleged herein to the injury of Plaintiff and Class members.

51.   By reason of the conduct alleged herein, Defendants knowingly or recklessly, directly or indirectly, have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

52.   As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases, acquisitions and sales of the Company's securities during the Class Period, upon the disclosure that the Company had been disseminating misrepresented financial statements to the investing public.

## COUNT II

### Violations of Section 20(a) of The Exchange Act
### Against The Individual Defendants

53.   Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

54.   During the Class Period, the Individual Defendants participated in the operation and management of ITG, and conducted and participated, directly and indirectly, in the conduct of ITG's business affairs. Because of their senior positions, they knew the adverse non-public information about ITG's current financial position and future business prospects.

55.   As officers and/or directors of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to ITG's business practices, and to correct promptly any public statements issued by ITG which had become materially false or misleading.

Class Action Complaint for Violation of the Federal Securities Laws

56.     Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which ITG disseminated in the marketplace during the Class Period concerning the Company's disclosure controls and procedures. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause ITG to engage in the wrongful acts complained of herein. The Individual Defendants therefore, were "controlling persons" of ITG within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of ITG securities.

57.     Each of the Individual Defendants, therefore, acted as a controlling person of ITG. By reason of their senior management positions and/or being directors of ITG, each of the Individual Defendants had the power to direct the actions of, and exercised the same to cause, ITG to engage in the unlawful acts and conduct complained of herein. Each of the Individual Defendants exercised control over the general operations of ITG and possessed the power to control the specific activities which comprise the primary violations about which Plaintiff and the other members of the Class complain.

58.     By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by ITG.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants as follows:

A.      Determining that the instant action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure, and certifying Plaintiff as the Class representative;

B.      Requiring Defendants to pay damages sustained by Plaintiff and the Class by reason of the acts and transactions alleged herein;

Class Action Complaint for Violation of the Federal Securities Laws

1    C.     Awarding Plaintiff and the other members of the Class prejudgment and

2  post-judgment interest, as well as her reasonable attorneys' fees, expert fees and other

3  costs; and

4    D.     Awarding such other and further relief as this Court may deem just and

5  proper.

**DEMAND FOR TRIAL BY JURY**

7    Plaintiff hereby demands a trial by jury.

Dated: August 5, 2015                 Respectfully submitted,

                                      **THE ROSEN LAW FIRM, P.A.**

                                      /s/ Laurence M. Rosen
                                      Laurence M. Rosen, Esq. (SBN 219683)
                                      355 S. Grand Avenue, Suite 2450
                                      Los Angeles, CA 90071
                                      Telephone: (213) 785-2610
                                      Facsimile: (213) 226-4684
                                      Email: lrosen@rosenlegal.com

                                      *Counsel for Plaintiff Shah*

Class Action Complaint for Violation of the Federal Securities Laws